FEBRUARY TERM, 1882. 837

Garlington *vs*. The State—Coleman *vs*. Jones—Matthews *vs*. Bivins, executrix ; etc.

## GARLINGTON *vs*. THE STATE OF GEORGIA.

The verdict is supported by the evidence, and the charge not being set out in the record, we will presume that it was full and proper.

SPEER, Justice.

## COLEMAN *vs*. JONES.

1. We find no error in the rulings or charge of the court in this case, and the verdict was not contrary to the law or the charge of the court.
(*a*.) This case'is distinguished in its facts from that in 6o *Ga*., 654.

SPEER, Justice.

## MATTHEWS *vs*. BIVINS, executrix.

1. The verdict is supported by the evidence.
2.' This writ of error does not appear to have been prosecuted for delay only, and damages on that ground are refused.

SPEER, Justice.

## CHILDERS *vs*. THE STATE OF GEORGIA.

When a new trial is sought on the ground of newly discovered evidence, the party as well as his counsel must negative all previous knowledge thereof. Evidence known to the party himself before trial cannot be newly discovered after verdict.

CRAWFORD, Justice.